WALTER DRAGAN ET AL., APPELLANTS, v. NATHAN GROSSMAN ET AL., RESPONDENTS.

Argued June 2, 1936—Decided October 2, 1936.

For the appellants, *Abraham J. Isserman.*

For the respondents, *Hugh F. Doherty* and *Hicks, Kuhlthau & Thompson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.